# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HARVEY D. ROTH,

                Plaintiff,        Case No. 2:11-cv-01239-JCM-PAL

vs.                                    **ORDER**

TIFFINY DECORATING CO.,

                Defendant.

      This matter is before the court on Attorney George A. Magiares' Response to the court's Order to Show Cause (Dkt. #30). Having reviewed and considered the Response, the court is satisfied that Mr. Magiares did not intentionally disregard the court's Order (Dkt. #26) or the requirements of Special Order 109. Mr. Magiares has now completed an Attorney Registration Form and submitted a Notice of Compliance (Dkt. #29), and sanctions are not warranted.

      **IT IS SO ORDERED.**

      Dated this 30th day of July, 2012.

                                              PEGGY A. LEEN
                                              UNITED STATES MAGISTRATE JUDGE