# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARVEY D. ROTH,<br><br>                Plaintiff,<br><br>vs.<br><br>TIFFINY DECORATING CO.,<br><br>                Defendant. | Case No. 2:11-cv-01239-JCM-PAL<br><br>**ORDER** |

This matter is before the court on Attorney George A. Magiares' Response to the court's Order to Show Cause (Dkt. #30). Having reviewed and considered the Response, the court is satisfied that Mr. Magiares did not intentionally disregard the court's Order (Dkt. #26) or the requirements of Special Order 109. Mr. Magiares has now completed an Attorney Registration Form and submitted a Notice of Compliance (Dkt. #29), and sanctions are not warranted.

**IT IS SO ORDERED.**

Dated this 30th day of July, 2012.

                                                      _____
                                                      PEGGY A. LEEN
                                                      UNITED STATES MAGISTRATE JUDGE